**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01534-CV

### IN RE JOHN WESLEY PATTERSON, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82554-05**

## ORDER

Before the Court are relator's petition for writ of mandamus and relator's motions to proceed in forma pauperis, for leave to file a single copy of the mandamus petition, and for leave to file the petition.

We **GRANT IN PART** and **DENY IN PART** relator's motion to proceed in forma pauperis. Relator may file the petition for writ of mandamus without remitting the filing fee. We **GRANT** relator's motion to file a single copy of his petition. We **DENY** as moot relator's motion for leave to file the petition. A motion for leave is not required. *See* TEX. R. APP. P. 52.

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
JUSTICE